

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2016

No. 04-16-00589-CR

Anthony George **NELSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2179
Honorable Steve Hilbig, Judge Presiding

# O R D E R

The court reporter has filed a second notification of late record stating that she is unable to file the reporter's record because (1) appellant is not entitled to appeal without paying the reporter's fee, and (2) her other duties preclude her from working on the record. The court reporter states that she anticipates that she will complete the record by November 27, 2016.

The clerk's record shows the trial court appointed counsel to represent appellant in this appeal. Thus, the trial court has made a finding that appellant is indigent. Appellant is therefore entitled to appeal without paying the reporter's fee.

We GRANT the court reporter a second extension of time to file the reporter's record. The reporter's record is due on **November 28, 2016**. **No further extensions will be granted**.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2016.



Keith E. Hottle
Clerk of Court